UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR LIVINGSTON ADAMS JR., ) | NO. CV 14-4649-DOC(E) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING FINDINGS, |
| v. ) | |
| ) | CONCLUSIONS AND RECOMMENDATIONS |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | OF UNITED STATES MAGISTRATE JUDGE |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Plaintiff's and Defendant's motions for summary judgment are denied; (2) the decision of the Commissioner of the Social Security Administration is reversed in part; and (3) the

matter is remanded for further administrative action consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and on the United States Attorney for the Central District of California.

DATED: February 12, 2015.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE