**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUNIOR LIVINGSTON ADAMS JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO. CV 14-4649-DOC(E)<br><br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: February 12, 2015.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE