Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
Email: Scleidner@aol.com
Attorney for Plaintiff
JUNIOR LIVINGSTON ADAMS, JR,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNIOR LIVINGSTON ADAMS JR. ) | No. CV 2:14-cv-4649 E |
| ) | |
| Plaintiff ) | ORDER AWARDING |
| ) | ATTORNEY FEES PURSUANT |
| vs. ) | TO THE EQUAL ACCESS TO |
| ) | JUSTICE ACT (EAJA} |
| ) | |
| CAROLYN COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

attorney fees under EAJA in the amount of THIRTY-FIVE HUNDRED DOLLARS and 00/100 cent ($3,500.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation

DATED: 3/11/15

CHARLES F. EICK
U.S. Magistrate Judge